### WM. WILSON vs. BAILLIO & AL.

APPEAL from the court of the sixth district.

PORTER, J. delivered the opinion of the court.
The case presents the same facts, and is govern-
ed by the same law as that of Maria C. Wilson
vs. J. L. Baillio and others, just decided.

It is therefore ordered, adjudged and de-
creed, that the appeal be dismissed with costs.

*Wilson* for the plaintiff, *Thomas* for the de-
fendant,